NO. SCWC-29060

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

BARRY SILVER, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29060; CR. NO. 05-1-0282)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Duffy, J., for the court[1])

Petitioner/Defendant-Appellant Barry Silver's

application for writ of certiorari, filed on October 13, 2010, is

hereby accepted.

DATED: Honolulu, Hawaiʻi, November 23, 2010.

FOR THE COURT:

/s/ James E. Duffy, Jr.

Associate Justice



Peter Van Name Esser
and Myles S. Breiner
for petitioner/defendant-
appellant on the application

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Del Rosario, assigned by reason of vacancy.